JASON R. FLANDERS Cal. Bar No. 238007
AQUA TERRA AERIS LAW GROUP, LLP
409 45th St.
Oakland, CA 94609
Tel: (916) 202-3018
E-mail: jrf@atalawgroup.com

**Attorneys for Plaintiff**
BATTLE CREEK ALLIANCE, a California non-profit association

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BATTLE CREEK ALLIANCE, a California non-profit association,<br><br>        Plaintiff,<br><br>    vs.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>        Defendant. | Case No. 1:16-cv-03778<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

1  TO THE COURT AND THE PARTIES:

2      I am counsel of record for Plaintiff in this matter, and voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Such dismissal shall be without prejudice.  Defendant has not been served with the Complaint in this action, but is on notice of it, and has neither filed nor served any answer nor responsive motion.  This matter will be immediately refiled in the Eastern District for the State of California.

DATED: July 14, 2016                     Respectfully,

MATHEW C. MACLEAR
ANTHONY M. BARNES
JASON R. FLANDERS
AQUA TERRA AERIS LAW GROUP
A Limited Liability Partnership

By: /s/ Jason Flanders
Jason R. Flanders
Attorneys for Plaintiff BATTLE CREEK ALLIANCE, a California non-profit association,

VOLUNTARY DISMISSAL: Case No. 1:16-cv-03778